IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

YVON THEMEUS, SR.,

    Petitioner,

v.                                         Case No.  5:15cv39-MW/EMT

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondent.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.18, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.21.  Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's habeas corpus petition, ECF No. 1, is **DISMISSED AS IT RELATES TO THOSE ASPECTS FOR WHICH THIS COURT LACKS JURISDICTION AND IS OTHERWISE DENIED**.  All pending motions are

**DENIED AS MOOT**."   The Clerk shall close the file.

**SO ORDERED on June 29, 2015.**

                                                 **_s/MARK E. WALKER_____**
                                                 **United States District Judge**